**ORIGINAL**

300001354

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 SEP 26  PM 1: 33

DEPUTY CLERK_____ mb

| | | |
|---|---|---|
| **LUCAS HORTON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Sunpath, LTD** | § | |
| **Defendant.** | § | |

**3-22 CV 2 1 3 0 - N**

Plaintiff Lucas Horton ("Plaintiff") brings this Complaint against Sunpath, LTD. ("Defendant") for

Defendant's practice of making calls to consumers without the required business license to do so.

Plaintiff, for his Complaint, alleges as follows upon personal knowledge as to himself and his own

acts and experiences, and, as to all other matters, upon information and belief.

### JURISDICTION & VENUE

The Court has subject matter jurisdiction over this action pursuant to TX Business and Commerce

Code 302.101. The court has general personal jurisdiction because the Defendant has repeatedly

placed calls or has calls placed on their behalf to Texas residents, sold goods and services to

Texas residents, and derived revenue from Texas residents, including the Plaintiff on 4 separate

occasions.  The court has general personal jurisdiction over the Defendant because the

Defendant's products are sold by 5 (that is known the to the Plaintiff) different companies,

meaning it has plenty of contacts in the state. The venue is the proper venue because a

substantial part of the events giving rise to this claim occurred in this district, which is also where

the Plaintiff lives.

## PARTIES

Plaintiff is an individual who resides in Dallas County, Texas. Defendant is a corporation incorporated and existing under the laws of the State of Delaware and whose primary place of business is 12101 Braintree Hill Park, Ste 310 Braintree, MA 02184.

## FACTS & FACTUAL ALLEGATIONS

TX 302.101 states that, "A seller may not make a telephone solicitation from a location in this state or to a purchaser located in this state unless the seller holds a registration certificate for the business location from which the telephone solicitation is made." " A person who violates this chapter is subject to a civil penalty of not more than $5000 for each violation." *Id.* § *302.302.*

 TX 302.002 states that  a person makes a telephone solicitation if the person effects or attempts to effect a telephone solicitation, including a solicitation initiated by an automatic dialing machine or a recorded message device.

The Plaintiff may seek damages under Texas law for violations of the TX 302 of up to $5000 per violation, reasonable costs of prosecuting the action, court costs, investigation costs, deposition expenses, witness fees, and attorney fees.

The Defendant does not have this certificate in the state of or Texas, which is where the some of the calls came from as evidenced by the 214, 713m & 210 area codes.  They do not have the certificate in Delaware either.

Plaintiff was called  by (580) 258-2097 on 8/9/2019, by (346) 299-4568 on 8/10/2019, by (310) 596 - 1434 on 8/13/2019, and by (585) 270-4881 on 8/15/2019 .  All calls featured a generic message saying the factory warranty was about to expire and that it was your last chance to buy an extended one.  On 8/22/2019, he was called by (346) 346-6053 and purchased a warranty that was billed and administered by Sunpath.

Plaintiff was called by (214) 433-8727  on 8/27/2020, (214) 909-8181 on 9/5/2019, (214)-542-6369 on 9/20/2019 and 9/25/2019. All calls featured a pre-recorded message offering an extended car warranty as my factory coverage had or was about to expire.  Plaintiff purchased a Sunpath Horizon Diamond New warranty on the 9/25 call sold by National Car Cure, but administered by Sunpath.

Plaintiff was called by (214) 909-7485 on 2/10/2020, and by (214) 909 7902 on 5/11/2020. Again, all calls featured a pre-recorded message offering an extended car warranty as the factory coverage had or was about to expire.  Plaintiff purchased a warranty with Contract #HZF082483 to verify the caller's identity on the 5/11/2020 call.  This warranty was sold by VAD, but administered by Sunpath.

Plaintiff was called by 254-272-2909 on 3/2/2022, 956-305-6598 on 3/4/2022, and by 512-957-8272 on 3/16/2022. All calls began with a barely audible humming noise and then an operator came on the line a few seconds later with a "courtesy call" because the Plaintiff's car warranty was supposedly about to expire. On the third call, he was able to complete a dummy sale to find out who was behind the calls and purchased an Auto Defender Warranty with contract number HZL022508 that is administered by the Defendant.

All calls were made by or on behalf of the Defendant in an attempt to sell extended auto warranties. While the Plaintiff might not have physically made the all of the calls, they ratified the calls once they accept any monetary benefit from them and are therefore liable.

Under, Texas Business & Commerce Code 301.001, the Defendant would be categorized as either a "Seller" or the "Owner", depending on who actually sold the warranty.

Ignorance of the law is no excuse, although this is probably just disregard.  The maximum of the allowable fine is the only way to teach companies like the Defendant.  The earliest warranty bought by the Plaintiff was in 2019, so they have been telemarketing here for at least 3 years without the required license.  The max of $5k per call is the only punishment that will teach companies that laws need to be followed.  Because it is not just this statute they ignore.  It is also the TCPA and Tx Bus & Com 305.053 as well because all of these calls were pre-recorded messages or made by an ATDS to a number on the DNC list.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury of all issues in this case.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Lucas Horton prays for judgment against the Defendant as follows:

A declaration that the actions herein by the Defendant violate state law.

An injunction enjoining the Defendant and affiliates from engaging in the unlawful conduct set forth herein.

An award of $5000 for each of the 14 calls in statutory damages per call. Plus any reasonable costs of prosecuting the action, court costs, investigation costs, deposition expenses, witness fees, and attorney fees.

Dated  9/26/2022             Respectfully submitted,

_____

Lucas Horton
lukeduke365@yahoo.com
1202 Stratford Dr
Richardson, TX 75080
Tel: (214) 909-3341

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Lucas Horton

## DEFENDANTS

Sunpath LTD

**(b)** County of Residence of First Listed Plaintiff    Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Norfolk County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Lucas Horton, pro se litigant
1202 Stratford Dr, Richardson, Tx 75080

Attorneys *(If Known)*

SEP 26 2022

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|     & Enforcement of Judgment |     Slander     Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |     Liability   ☐ 368 Asbestos Personal | |     New Drug Application | ☐ 470 Racketeer Influenced and |
|     Student Loans | ☐ 340 Marine     Injury Product | | ☐ 840 Trademark |     Corrupt Organizations |
|     (Excludes Veterans) | ☐ 345 Marine Product     Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |     Liability   **PERSONAL PROPERTY** | |     Act of 2016 |     (15 USC 1681 or 1692) |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | | ☒ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | **SOCIAL SECURITY** |     Protection Act |
| ☐ 190 Other Contract |     Product Liability   ☐ 380 Other Personal |     Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise |     Injury   ☐ 385 Property Damage |     Relations | ☐ 863 DIWC/DIWW (405(g)) |     Exchange |
| | ☐ 362 Personal Injury -     Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| |     Medical Malpractice | ☐ 751 Family and Medical     Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee |     Income Security Act | ☐ 870 Taxes (U.S. Plaintiff |     Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | |     or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability |     Accommodations   ☐ 530 General | |     26 USC 7609 |     Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | |     Agency Decision |
| |     Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | |     State Statutes |
| |     Other   ☐ 550 Civil Rights |     Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| |   ☐ 560 Civil Detainee -     Conditions of     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. § 227

Brief description of cause:
TCPA violations of making calls with an ATDS to a consumer on the DNC list

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
76,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE   9/22/2022

SIGNATURE OF ATTORNEY OF RECORD   Lucas Horton, pro se plantiff

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____